IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS MANUEAL OCASIO-SANTANA<br>*Petitioner*<br><br>v.<br><br>SUPERINTENDENT MOONEY, *et al.*<br>*Respondents* | CIVIL ACTION<br><br>NO. 17-3168 |

# ORDER

**AND NOW**, this 4th day of December 2017, upon consideration of the *Report and Recommendation* issued on November 7, 2017, by the Honorable Henry S. Perkin, United States Magistrate Judge ("the Magistrate Judge"), [ECF 8], to which no objections were filed,[1] it is hereby **ORDERED** that:

1. The *Report and Recommendation* (the "R&R") is **APPROVED** and **ADOPTED**;
2. Petitioner's petition for a writ of *habeas corpus*, [ECF 1], is **DISMISSED** and **DENIED**; and
3. No probable cause exists to issue a certificate of appealability.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] As of the date of this Order, neither party has filed any objection and/or response to the R&R. In the absence of any objections, this Court reviews an R&R under the "plain error" standard, *see Facyson v. Barnhart*, 2003 WL 22436274, at *2 (E.D. Pa. May 30, 2003), to determine whether the Magistrate Judge committed any error that was "(1) clear or obvious, (2) affect[ed] 'substantial rights, and (3) seriously affected the fairness, integrity or public reputation of judicial proceedings." *See Leyva v. Williams*, 504 F.3d 357, 363 (3d Cir. 2007) (internal quotations and citations omitted). Here, after a thorough review of the record and the R&R, this Court finds no error was committed and, therefore, adopts the R&R in its entirety.